# United States Bankruptcy Court
## Northern District Of Illinois
## Western Division

Page 1

| In RE: | STEPHEN A. DEVEREAUX | KELLIE L. DEVEREAUX | Case Number | 2/13/2018 |
|---|---|---|---|---|
| | 14513 BIANCA LN. | | **17-80778 TML** | |
| | HINCKLEY IL 60520-6251 | | SS #:  xxx-xx-4334  xxx-xx-1595 | |

### TRUSTEE'S NOTICE OF CLAIMS FILED

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below. The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c). "NOT FILED" is shown in claim classification column if the creditor has not filed a claim. Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims.
Please note that Bankruptcy Code Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| | Creditor | Address | Date Filed | Amount Filed | Amt To Pay | Int Rate | Class | % to be Paid |
|---|---|---|---|---|---|---|---|---|
| 000-0 | WRIGHT & ASSOCIATES, PC<br>437 WEST STATE STREET SUITE 101 | ATTORNEY BRIAN K WRIGHT<br>SYCAMORE, IL 60178- | 09/29/2017 | 4,000.00 | 4,000.00<br>Paid Direct (1,000.00) | 0.00 | Legal | 100.00 |
| 001-0 | ACURA FINANCIAL SERVICES | PO BOX 168088<br>IRVING, TX 75016-8088 | 04/20/2017 | 25,149.45 | 0.00 | 0.00 | Direct | |
| 002-0 | CAPITAL ONE AUTO FINANCE<br>PO BOX 4360 | % AIS PORTFOLIO SERVICES LP<br>HOUSTON, TX 77210- | 04/10/2017 | 35,970.13 | 0.00 | 0.00 | Direct | |
| 003-0 | ROUNDPOINT MORTGAGE SERVICING | PO BOX 19409<br>CHARLOTTE, NC 28219-9409 | 06/29/2017 | 164,703.08 | 0.00 | 0.00 | Direct | |
| 008-0 | PORTFOLIO RECOVERY ASSOCIATES | PO BOX 12914<br>NORFOLK, VA 23541- | 08/10/2017 | 5,611.33 | 5,611.33 | 0.00 | Unsecured | 100.00 |
| 011-0 | RESURGENT CAPITAL SERVICES | PO BOX 10587<br>GREENVILLE, SC 29603-0587 | 06/28/2017 | 9,303.72 | 9,303.72 | 0.00 | Unsecured | 100.00 |
| 012-0 | RESURGENT CAPITAL SERVICES | PO BOX 10587<br>GREENVILLE, SC 29603-0587 | 06/28/2017 | 5,046.31 | 5,046.31 | 0.00 | Unsecured | 100.00 |
| 013-0 | QUANTUM3 GROUP LLC as agent fo<br>PO BOX 788 | MOMA FUNDING LLC<br>KIRKLAND, WA 98083-0788 | 07/20/2017 | 9,582.08 | 9,582.08 | 0.00 | Unsecured | 100.00 |
| 014-0 | RESURGENT CAPITAL SERVICES | PO BOX 10587<br>GREENVILLE, SC 29603-0587 | 06/28/2017 | 8,825.30 | 8,825.30 | 0.00 | Unsecured | 100.00 |
| 015-0 | US DEPARTMENT OF EDUCATION | PO BOX 740283<br>ATLANTA, GA 30374-0283 | 04/12/2017 | 39,367.71 | 0.00 | 0.00 | Direct | |
| 017-0 | DISCOVER BANK<br>PO BOX 3025 | DISCOVER PRODUCTS INC<br>NEW ALBANY, OH 43054-3025 | 04/06/2017 | 5,398.90 | 5,398.90 | 0.00 | Unsecured | 100.00 |
| 018-0 | US BANK NATIONAL ASSOCIATION<br>PO BOX 5227 | dba ELAN FINANCIAL SERVICES<br>CINCINNATI, OH 45201- | 07/26/2017 | 8,767.07 | 8,767.07 | 0.00 | Unsecured | 100.00 |
| 019-0 | FIFTH THIRD BANK | 1830 EAST PARIS S.E. MS #RSCB3<br>GRAND RAPIDS, MI 49546- | 04/12/2017 | 6,053.59 | 6,053.59 | 0.00 | Unsecured | 100.00 |
| 021-0 | FIRST NATIONAL BANK OF OMAHA<br>STOP CODE 3105 | 1620 DODGE STREET<br>OMAHA, NE 68197- | 04/11/2017 | 9,024.02 | 9,024.02 | 0.00 | Unsecured | 100.00 |
| 022-0 | BECKET & LEE LLP<br>POB 3001 | ATTORNEYS/AGENT FOR CREDITOR<br>MALVERN, PA 19355-0701 | 07/12/2017 | 1,276.32 | 1,276.32 | 0.00 | Unsecured | 100.00 |
| 023-0 | SOFI LENDING CORP | PO BOX 654158<br>DALLAS, TX 75265-4158 | 08/08/2017 | 38,003.99 | 38,003.99 | 0.00 | Unsecured | 100.00 |
| 024-0 | MIDLAND CREDIT MANAGEMENT as a<br>PO BOX 2011 | MIDLAND FUNDING LLC<br>WARREN, MI 48090- | 07/27/2017 | 3,601.25 | 3,601.25 | 0.00 | Unsecured | 100.00 |
| 025-0 | PORTFOLIO RECOVERY ASSOCIATES | PO BOX 12914<br>NORFOLK, VA 23541- | 08/14/2017 | 8,801.99 | 8,801.99 | 0.00 | Unsecured | 100.00 |
| 038-0 | MIDLAND CREDIT MANAGEMENT as a<br>PO BOX 2011 | MIDLAND FUNDING LLC<br>WARREN, MI 48090- | 07/27/2017 | 296.83 | 296.83 | 0.00 | Unsecured | 100.00 |

# United States Bankruptcy Court
## Northern District Of Illinois
## Western Division

Page 2

| In RE: | STEPHEN A. DEVEREAUX | KELLIE L. DEVEREAUX | Case Number | 2/13/2018 |
| | 14513 BIANCA LN. | | **17-80778 TML** | |
| | HINCKLEY IL 60520-6251 | | SS #: xxx-xx-4334  xxx-xx-1595 | |

**TRUSTEE'S NOTICE OF CLAIMS FILED**

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below. The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c). "NOT FILED" is shown in claim classification column if the creditor has not filed a claim. Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims.
Please note that Bankruptcy Code Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| Creditor | Address | Date Filed | Amount Filed | Amt To Pay | Int Rate | Class | % to be Paid |
|---|---|---|---|---|---|---|---|

This notice is provided solely to inform Debtor(s) and Counsel of the filing status of claims at the bar date.
IT IS THE REPONSIBILITY OF DEBTOR(S) and COUNSEL TO TAKE APPROPRIATE LEGAL ACTION.

A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall be retained in the Trustee's file in this case.

/s/ Lydia S. Meyer
---
Standing Bankruptcy Trustee

This is to certify that a copy of this notice has been mailed to the debtor and a copy was served on the Debtor(s)' attorney via electronic notification which occurs automatically upon the filing of said Notice.

Dated at Rockford, IL on 2-16-18       By /s/ Heather Fagan